# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Benjamin D. Mikkalson,

                    Petitioner,                              Civil No. 10-827 (RHK/RLE)

vs.                                                                          **ORDER**

Mark Sizer, Nick Hendrickson,

                    Respondents.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  March 18, 2010

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge