**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Benjamin D. Mikkalson, | Civil No. 10-827 (RHK/LIB) |
| Petitioner, | **ORDER** |
| v. | |
| Mark Sizer, Nick Hendrickson, | |
| Respondent. | |

_____

This Court has previously denied Petitioner's request for a Certificate of Appealability (Doc. No. 15), and construing his recent filing (Doc. No. 18) as a renewed request for a Certificate of Appealability, said request (Doc No. 18) is **DEN IED**.

Dated: February 28, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge